# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-01691-GMN-NJK<br><br>**ORDER** |

　　　　This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has submitted an application to proceed in forma pauperis. ECF No. 1. Petitioner has deposits frequently enough, and of sufficient amount, to pay the filing fee of $5.00.

　　　　IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

///

///

///

///

///

1

1      IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

     DATED: September 14, 2020

_____
GLORIA M. NAVARRO
United States District Judge