UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>                    Petitioner,<br><br>     v.<br><br>JAMES DZURENDA, et al.,<br><br>                    Respondents. | Case No. 2:20-cv-01691-GMN-NJK<br><br>**ORDER** |

The Federal Public Defender has filed a motion for extension of time to respond to this court's order of November 5, 2020, to complete a necessary check for conflicts of interest. ECF No. 11. The court finds that good cause exists to grant the motion.

IT THEREFORE IS ORDERED that the Federal Public Defender's motion for extension of time (ECF No. 11) is **GRANTED**. The Federal Public Defender will have up to and including December 21, 2020, either to undertake representation of petitioner or to indicate to the court the office's inability to represent petitioner.

DATED: December 4, 2020

                                                                  GLORIA M. NAVARRO<br>                                                                  United States District Judge