# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>        Petitioner,<br><br>        v.<br><br>JAMES DZURENDA, et al.,<br><br>        Respondents. | Case No. 2:20-cv-01691-GMN-NJK<br><br>**ORDER** |

Petitioner having filed a unopposed motions for extension of time (first and second requests) (ECF No. 15, ECF No. 17), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motions for extension of time (first and second requests) (ECF No. 15, ECF No. 17) are **GRANTED**. Petitioner will have up to and including October 18, 2021, to file an amended petition.

DATED: July 23, 2021

GLORIA M. NAVARRO
United States District Judge