# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL, | Case No. 2:20-cv-01691-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| JAMES DZURENDA, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 19), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 19) is **GRANTED**. Petitioner will have up to and including December 17, 2021, to file an amended petition.

DATED: October 19, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1