# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>           Petitioner,<br><br>   v.<br><br>JAMES DZURENDA, et al.,<br><br>           Respondents. | Case No. 2:20-cv-01691-GMN-NJK<br><br>**ORDER** |

     Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF No. 21), and good cause appearing;

     IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (fourth request) (ECF No. 21) is **GRANTED**.  Petitioner will have up to and including January 31, 2022, to file an amended petition.

     DATED: December 16, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1