# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-01691-GMN-NJK<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 26), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 26) is **GRANTED**. Respondents will have up to and including May 31, 2022, to respond to the amended petition (ECF No. 23).

DATED: March 29, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1