UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANGELO CARROLL,<br><br>Petitioner,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Respondents. | Case No. 2:20-cv-01691-GMN-NJK<br><br>ORDER |

Respondents seek an extension of time to file a response to Deangelo Carroll's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 31.) They indicate that Carroll does not oppose the request. The court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that respondents' third motion for extension of time to file a response to the petition (ECF No. 31) is **GRANTED**. The deadline to file the response is September 30, 2022.

DATED: 28 July 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE