1
2
3
4
5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                        * * *

9    DEANGELO CARROLL,                        │  Case No. 2:20-cv-01691-GMN-NJK

10                              Petitioner,    │  Order Granting Motion for Extension of
                                              │  Time to Oppose Motion to Dismiss to
11        v.                                   │  October 26, 2022 (ECF No. 39)

12   STATE OF NEVADA, et al.,

13                             Respondents.

14

15        Deangelo Carroll asks the court for an extension of time to oppose respondents'

16   motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 39.) Good

17   cause appearing,

18        **IT IS ORDERED** that petitioner's unopposed motion for extension of time to

19   oppose respondents' motion to dismiss (ECF No. 39) is **GRANTED** *nunc pro tunc*. The

20   deadline to file the opposition is extended to October 26, 2022.

21

22        DATED: 13 October 2022.

23

24                                          _____
                                            GLORIA M. NAVARRO
25                                          UNITED STATES DISTRICT JUDGE

26

27

28

                                             1