# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>     Petitioner<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>     Respondents. | Case No.: 2:20-cv-01691-GMN-NJK<br><br>**Order Granting Extension of Time to Answer Petition to August 21, 2023**<br><br>(ECF No. 45) |

Respondents seek an extension of time to file an answer to Deangelo Carroll's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 45.) Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file an answer to the petition **(ECF No. 45) is GRANTED. The deadline to answer the petition is extended to August 21, 2023.**

DATED: 21 June 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE