**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEANGELO CARROLL,<br><br>　　　Petitioner<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>　　　Respondents. | Case No.: 2:20-cv-01691-GMN-NJK<br><br>**Order Granting Extension of Time to Answer Petition to February 16, 2024**<br><br>(ECF No. 53) |

Respondents seek an extension of time to file an answer to Deangelo Carroll's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 53.)  Good cause appearing,

IT IS ORDERED that respondents' unopposed fifth motion for extension of time to file an answer to the petition **(ECF No. 53) is GRANTED** *nunc pro tunc.* **The deadline to answer the petition is extended to February 16, 2024.**

DATED: 14 February 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE