UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No.: 2:20-cv-01691-GMN-NJK<br><br>**Order Granting Extension of Time to File Reply in Support of Petition to August 14, 2024**<br><br>(ECF No. 62) |

Deangelo Carroll asks for an extension of time to file a reply in support of his 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 62.) Good cause appearing,

IT IS ORDERED that Petitioner's unopposed third Motion for Extension of Time to file a reply in support of the Petition **(ECF No. 62) is GRANTED** *nunc pro tunc.* **The deadline to reply is extended to August 14, 2024.**

DATED: 17 July 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE