UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No.: 2:20-cv-01691-GMN-NJK<br><br>**Order Granting Extension of Time to File Reply in Support of Petition to September 27, 2024**<br><br>(ECF No. 64) |

Deangelo Carroll asks for an extension of time to file a reply in support of his 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 64.) Counsel for Carroll explains that the case involves five co-defendants and three separate trials, and counsel needs additional time to prepare exhibits he anticipates filing with the reply. Good cause appearing,

IT IS ORDERED that Petitioner's unopposed Motion for Extension of Time to file a reply in support of the Petition **(ECF No. 64) is GRANTED** *nunc pro tunc.* **The deadline to reply is extended to September 27, 2024.**

DATED: 15 August 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE