UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No.: 2:20-cv-01691-GMN-NJK<br><br>**Order Granting Extension of Time to File Reply in Support of Motion for Evidentiary Hearing to October 24, 2024**<br><br>(ECF No. 71) |

28 U.S.C. § 2254 Habeas Corpus Petitioner Deangelo Carroll asks for an extension of time to file a reply in support of his Motion for Evidentiary Hearing. (ECF No. 71.)  Good cause appearing,

IT IS ORDERED that Petitioner's unopposed Motion for Extension of Time to file a reply in support of the Motion for Evidentiary Hearing **(ECF No. 71) is GRANTED**. **The deadline to reply is extended to October 24, 2024.**

DATED: 15 October 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE