UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO CARROLL,<br><br>                                Petitioner,<br>    v.<br><br>CALVIN JOHNSON,<br><br>                              Respondents. | Case No. 2:20-cv-01691-GMN-NJK<br><br>**Order Granting Motion for Leave to File Notice of Supplemental Authority**<br><br>(ECF No. 77) |

    Petitioner Deangelo Carroll has filed a Motion for Leave to File Notice of Supplemental Authority. (ECF No. 77.) Carroll argues that a recent decision by the Second Circuit Court of Appeals bears on the *Miranda* claim that he raises as Ground 1 of his 28 U.S.C. § 2254 Habeas Corpus Petition. (*See* ECF No. 77-1.) Good cause appearing,

    It is Ordered that Petitioner's Motion for Leave to File Notice of Supplemental Authority **(ECF No. 77) is granted**. The Clerk of Court is directed to detach and file the Notice at ECF No. 77-1.

    It is further Ordered that Respondents have 30 days to file a response to the Notice, if any.

    It is further Ordered that after Respondents file a response or the deadline to file a response has passed the Amended Petition will stand fully briefed for merits review.

DATED: 2 October 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE